IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-CV-909  AWI JLT |
| Plaintiff, ) | |
| ) | ORDER CLOSING CASE |
| v. ) | |
| SEMITROPIC WATER STORAGE ) DISTRICT, a California Water Storage ) District, ) | |
| Defendants ) | |

On July 6, 2010, the Court signed a consent decree between Plaintiff and Defendant. See Court's Docket Doc. No. 7.  Among other things, the consent decree resolved the underlying dispute of this litigation, established sums of money to be paid by Defendant, and established a dispute resolution system.  See id.  The decree also provides that the Court is to maintain jurisdiction in order to enforce or modify the decree or to resolve disputes arising under the decree.  See id.

To date, there have been no requests made of the Court to enforce, to modify, or to resolve a dispute, and there currently appears to be no outstanding issues.  In light of the passage of time and the nature of the consent decree, the Court will administratively close this case.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall close this case in light of the consent decree (Doc. No. 7).

IT IS SO ORDERED.

Dated:   May 2, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE